Medy F. Beauchane (SBN 229417)
**MULLEN & FILIPPI, LLP**
196 Cohasset Road, Suite 240
Chico, California 95926
(530)243-1133
mbeauchane@mulfil.com

Attorneys for Defendant(s):
WAYNE A. COOK and HAROLD H. PARK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

Anna Smith,

Plaintiff,

v.

**Wayne A. Cook**, in his individual and representative capacity as trustee of the Wayne A. Cook Family Trust; **Harold H. Park**, et al.,

Defendants.

CASE NO.: 2:14-CV-01188-MCE-CMK

**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND ORDER THEREON**

Plaintiff, ANNA SMITH ("Plaintiff"), and Defendants, **Wayne A. Cook**, in his individual and representative capacity as trustee of the Wayne A. Cook Family Trust; **Harold H. Park** ("Defendants") by and through their attorneys of record, agree and stipulate pursuant to Fed. R. Civ. P. 55(c) to set aside the Clerk's Entry of Default of defendants **Wayne A. Cook**, in his individual and representative capacity as trustee of the Wayne A. Cook Family Trust; and **Harold H. Park** The parties further agree and stipulate that no prejudice will result to the parties as a result of this stipulation.

DATED: July 25, 2014

**MULLEN & FILIPPI, LLP**

*/s/ Medy F. Beauchane /*
MEDY F. BEAUCHANE
Attorneys for Defendants
**Wayne A. Cook** and **Harold H. Park**

DATED: July 25, 2014

**CENTER FOR DISABILITY ACCESS**

*/s/ Phyl Grace /*
PHYL GRACE
Attorneys for Plaintiff Anna Smith

**ORDER**

As the parties have so stipulated, and good cause appearing, it is hereby ordered that the Clerk's Entry of Default against Defendants, **Wayne A. Cook**, in his individual and representative capacity as trustee of the Wayne A. Cook Family Trust; and **Harold H. Park**, is hereby set aside and the Defendants shall be granted until August 15, 2014 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: August 4, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT