UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anna Smith,<br><br>    Plaintiff,<br><br>    v.<br><br>Wayne A. Cook, in his individual and representative capacity as trustee of the Wayne A. Cook Family Trust; Harold H. Park; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01188-MCE-CMK<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

### **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT